**Motion Granted; Dismissed and Memorandum Opinion filed June 26, 2014.**



In The

## Fourteenth Court of Appeals

### NO. 14-14-00436-CV

### GRAHAM R. WILLIAMS, HERBERT H. PRATT AND ZICIX CORPORATION, Appellants

### V.

### MAZUMA HOLDING CORP., Appellee

**On Appeal from the 125th District Court
Harris County, Texas
Trial Court Cause No. 2012-50613**

## M E M O R A N D U M   O P I N I O N

On June 5, 2014, appellants filed a notice of appeal from the denial by operation of law of their motion to dismiss pursuant to Chapter 27 of the Texas Civil Practice and Remedies Code. *See* Tex. Civ. Prac. & Rem. Code § 27.008(a). On June 19, 2014, appellants filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.[1]

---

[1] Appellants' request for a partial refund of the deposit paid to the Harris County District Clerk for preparation of the Clerk's Record must be directed to that office.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Christopher, Jamison, and McCally.